# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| EDWIN RODOLFO ULIN VALDEZ<br><br>     Petitioner,<br>  v.<br><br>WARDEN,  NORTHWEST  PROCESSING<br><br>CENTER, et al.<br><br>     Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:26-cv-01943-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus is DENIED.

Dated July 20, 2026.


       Joshua C. Lewis
       Clerk of Court


       */s/Jo-EL Modeste*
       Deputy Clerk